**UNITED STATES of America, Appellee,**

v.

**Christopher THOMPSON, also known as Chris Thompson, Defendant–Appellant.**

No. 09–5272–cr.

United States Court of Appeals, Second Circuit.

Oct. 8, 2010.

Maryanne E. Kampmann, Stetler, Allen & Kampmann, Burlington, VT, for Defendant–Appellant.

Barbara A. Masterson, Gregory L. Waples, Assistant United States Attorneys, for Tristram J. Coffin, United States Attorney for the District of Vermont, Burlington, VT, for Appellee.

PRESENT: ROBERT A. KATZMANN, DEBRA ANN LIVINGSTON, Circuit Judges, and EDWARD R. KORMAN,* District Judge.

### SUMMARY ORDER

Defendant Christopher Thompson appeals from a judgment of conviction entered December 11, 2009 (Murtha, *J.*), following a guilty plea, convicting Thompson of possession with intent to distribute five grams or more of cocaine base, and sentencing him principally to five years' imprisonment pursuant to 21 U.S.C. § 841(b)'s mandatory minimum. We assume the parties' familiarity with the facts and procedural history of this case.

On appeal, Thompson argues that the district court erred in concluding that 18 U.S.C. § 3553(a)'s direction to "impose a sentence sufficient, but not greater than necessary" cannot displace an applicable mandatory minimum, in light of the Supreme Court's decision in *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). As we noted in *United States v. Samas*, 561 F.3d 108, 110 (2d Cir.2009), we have "rejected the argument that § 3553(a) conflicts with statutory minimum sentences." "[A] district court must impose a statutorily mandated sentence even if the court would reach a different determination if it considered only § 3553(a)." *Id.* We have also rejected the argument that *Booker* dictates a different

result. *See United States v. Williams*, 347 Fed.Appx. 710, 711 (2d Cir.2009). Thus, the district court correctly concluded that the five-year mandatory minimum sentence imposed by 21 U.S.C. § 841(b) applies.

We have reviewed Thompson's remaining arguments and conclude that they lack merit. Accordingly, for the foregoing reasons, the judgment of the district court is hereby **AFFIRMED**.

* The Honorable Edward R. Korman, United States District Judge for the Eastern District of New York, sitting by designation.